# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2728
LT Case No. 16-2004-CF-015271-A

_____

MICHAEL LEROY LEWIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Michael Leroy Lewis, Lowell, pro se.

No Appearance for Appellee.

March 24, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____